**UNITED STATES of America ex rel. Roman GLISTA v. S. D. SMITH, District Director of Immigration.**

No. 4889.

Circuit Court of Appeals, Seventh Circuit.

Nov. 22, 1932.

Dwight H. Green, U. S. Atty., of Chicago, Ill., for appellee.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for appellee, it is now here ordered and adjudged by this court that this cause be docketed in this court, and that this appeal be, and the same is hereby,

1044

dismissed pursuant to section 1 of rule 14 of the Rules of this court. It is further ordered that the mandate of this court in this cause issue forthwith.